# Court of Appeals
# of the State of Georgia

ATLANTA,__October 09, 2014_____

*The Court of Appeals hereby passes the following order:*

## A15D0054. SARA D. MURRAY et al. v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.

This case began in magistrate court as a dispossessory proceeding brought by plaintiff Federal National Mortgage Association against Sara Murray and others. The magistrate court found in favor of the plaintiff and issued a writ of possession. Murray and John Fisher appealed to superior court, which also found in favor of the plaintiff and issued a writ of possession.[1] Murray and Fisher purported to file a notice of appeal to this Court.[2] On August 28, 2014, the superior court entered an order dismissing the appeal and reissuing its writ of possession. On September 11, 2014, Murray and Fisher filed this application for discretionary appeal.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter of this discretionary application is a dispossessory judgment. OCGA § 44-7-56, which governs dispossessory actions, requires that an appeal from a dispossessory ruling be filed within seven days of the date judgment was entered. Here, however, Murray and Fisher filed their application

---

[1] The applicants have not included a copy of this order with the materials submitted.

[2] Pursuant to OCGA § 5-6-35 (a) (1), an application for discretionary appeal is required to appeal from such an order.

for discretionary appeal 14 days after entry of the order they seek to appeal.  The application is thus untimely, and this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___10/09/2014___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*